IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN-DUBUQUE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 10-CR-1008-LRR |
| vs. | ) |
| DONALD J. HERBST, SR., | ) |
| Defendant. | ) |

## PRELIMINARY AND FINAL ORDER OF FORFEITURE AND JUDGMENT

WHEREAS, on October 1, 2010, defendant was convicted, after a five-day trial, on Counts 1-4 and Counts 6-11 of the Superseding Indictment;

AND WHEREAS, the United States is seeking forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the form of a money judgment against defendant in an amount representing proceeds from the conviction of his criminal offenses, committed in violation of Title 18, United States Code, Section 659.

AND WHEREAS, Rule 32.2(b)(1)(A) allows the Court to determine the amount of a money judgment against defendant;

AND WHEREAS, the parties have agreed to a forfeiture judgment in the amount of $85,000;

AND WHEREAS, as this forfeiture is a money judgment against defendant Donald J. Herbst, Sr., and pursuant to Rules 32.2(b)(2) and 32.2(c)(1), no ancillary proceeding is required;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that pursuant to Federal Rule of Criminal Procedure 32.2, Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), judgment is hereby entered against defendant Donald J. Herbst, Sr., in favor of the United States in the amount of eighty-five thousand dollars ($85,000);

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that pursuant to Federal Rule of Criminal Procedure 32.2, Title 18, United States Code, Section 981(a)(1)C), and Title 28, United States Code, Section 2461(c), the sum of eighty-five thousand dollars ($85,000) in United States currency is hereby condemned and forfeited to the United States of America and all rights, title, and interest in such property are hereby forever removed, discharged, condemned, and forfeited to the United States of America and shall be disposed of according to the law; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that pursuant to Title 21, United States Code, Section 853, and Subdivision (b)(3) of Rule 32.2 of the Federal Rules of Criminal Procedure upon entry of this Preliminary and Final Order of Forfeiture and Judgment, the Court hereby authorizes the Attorney General, or his designated representatives, to conduct discovery to identify or locate property subject to forfeiture, and to seize property ordered forfeited upon terms and conditions as set forth by the Court; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the United States Department of Justice, United States Marshals Service, shall dispose of any forfeited monies in accordance with law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order is in continuing and full effect until payment of the eighty-five thousand dollars ($85,000) is made in full.

DATED this 15th day of Nov, 2010.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Approved to as to form and content:

Michael Lahammer
Attorney for Defendant

3